IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DEWEY FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:03-cv-835-F |
| | ) |
| JEROME BURNEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 24, 2005 (Doc. #13), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE:

1. That the defendants' motion for summary judgment is GRANTED.

2. That this case is DISMISSED with prejudice.

3. That the costs of this proceeding are taxed against the plaintiff.

DONE this 12th day of September, 2005.

                                                   /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE